IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LANE GRADY, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CENTURYLINK COMMUNICATIONS, LLC,<br><br>    Defendant. | CV-15-85-BLG-BMM<br><br>**ORDER** |

A telephonic status conference was held on November 22, 2016. Upon agreement of the parties at the telephonic status conference and upon the joint motion of the parties to stay the case pending mediation, (Doc 94), and with good cause shown,

**IT IS HEREBY ORDERED** that this case is **STAYED** pending mediation. **IT IS ALSO ORDERED** that the parties shall file a joint status report with the Court ten (10) days after the mediation in this case.

DATED this 22nd day of November, 2016.

_____
Brian Morris
United States District Court Judge