| | | |
|---|---|---|
| Philip McGrady<br>MCGRADY LAW FIRM<br>P.O. Box 40<br>Park City, MT 59063<br>406-322-8647 (phone)<br>406-322-8649 (fax)<br>Philip@mcgradylawfirm.com | Rowdy B. Meeks<br>ROWDY MEEKS LEGAL GROUP LLC<br>8201 Mission Rd.,<br>Suite 250<br>Prairie Village, Kansas 66208<br>Tel:   (913) 766-5585<br>Fax:  (816) 875-5069<br>Rowdy.Meeks@rmlegalgroup.com | Tracey F. George<br>DAVIS GEORGE MOOK LLC<br>1600 Genessee, Suite 328<br>Kansas City, Missouri 64102<br>Tel:   (816) 569-2629<br>Fax:  (816) 447-3939<br>tracey@dgmlawyers.com |

**Attorneys for Plaintiffs**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | | |
|---|---|---|
| **LANE GRADY and JAMES ELLINGTON,** on Behalf of Themselves and All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>**CENTURYLINK COMMUNICATIONS, LLC,**<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JURY TRIAL DEMANDED<br><br><br><br><br><br>Case no.: 1:15-cv-0085-BMM |

### JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendant, by and through their respective counsel, jointly state that they have settled this case after a full-day successful mediation in San Francisco on March 6, 2017.  The Parties have submitted their Settlement Agreement to the Court via email for review and approval, and dismissal of the case.

Dated this 30th day of March 2017.

    Respectfully Submitted,

    */s/ Rowdy B. Meeks*
    Rowdy B. Meeks
    ROWDY MEEKS LEGAL GROUP LLC
    Attorney for Plaintiffs
    *Admitted Pro Hac Vice*

    /s/ *Philip McGrady*
    Philip McGrady
    MCGRADY LAW FIRM
    Attorney for Plaintiffs

    */s/ Tracey F. George*
    Tracey F. George
    DAVIS GEORGE MOOK LLC
    Attorney for Plaintiffs
    *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

    */s/ Rowdy B. Meeks*
    Rowdy B. Meeks