IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LANE GRADY, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYLINK COMMUNICATIONS, LLC,<br><br>Defendant. | CV-15-85-BLG-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled (Doc. 100). Accordingly, **IT IS ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **June 18, 2017**, or show good cause for their failure to do so.

DATED this 18th day of May, 2017.

_____
Brian Morris
United States District Court Judge