| | | |
|---|---|---|
| Philip McGrady<br>MCGRADY LAW FIRM<br>P.O. Box 40<br>Park City, MT 59063<br>406-322-8647 (phone)<br>406-322-8649 (fax)<br>Philip@mcgradylawfirm.com | Rowdy B. Meeks<br>ROWDY MEEKS LEGAL<br>GROUP LLC<br>8201 Mission Rd.,<br>Suite 250<br>Prairie Village, Kansas<br>66208<br>Tel:   (913) 766-5585<br>Fax:  (816) 875-5069<br>Rowdy.Meeks@rmlegalgroup.com | Tracey F. George<br>DAVIS GEORGE MOOK<br>LLC<br>1600 Genessee, Suite 328<br>Kansas City, Missouri<br>64102<br>Tel:   (816) 569-2629<br>Fax:  (816) 447-3939<br>tracey@dgmlawyers.com |

**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | | |
|---|---|---|
| **LANE GRADY and JAMES ELLINGTON,** on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**CENTURYLINK COMMUNICATIONS, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JURY TRIAL DEMANDED<br><br><br><br><br>Case no.: 1:15-cv-0085-BMM |

## JOINT MOTION FOR APPROVAL
## OF FLSA SETTLEMENT

Plaintiffs and Defendant, by and through their respective counsel, jointly move this Court for approval of their settlement of this case.  The Parties state as follows in support of this Joint Motion:

1

1. The Parties settled this case after a full-day successful mediation in San Francisco on March 6, 2017 with mediator Michael Dickstein, a nationally recognized class and collective action mediator.

2. The Parties have submitted their Settlement Agreement to the Court via email for *in camera* review and approval, and dismissal of the case.

3. The Parties jointly request that the Court enter the Parties' proposed Order which approves the Parties' settlement because it is a fair and reasonable resolution of a *bona fide* dispute of FLSA provisions. *See Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982).

Dated this 23rd day of May 2017.

Respectfully Submitted,

*/s/ Rowdy B. Meeks*
Rowdy B. Meeks
ROWDY MEEKS LEGAL GROUP LLC
Attorney for Plaintiffs
*Admitted Pro Hac Vice*

/s/ *Philip McGrady*
Philip McGrady
MCGRADY LAW FIRM
Attorney for Plaintiffs

*/s/ Tracey F. George*
Tracey F. George
DAVIS GEORGE MOOK LLC
Attorney for Plaintiffs
*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Rowdy B. Meeks*
Rowdy B. Meeks