# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **LANE GRADY and JAMES ELLINGTON,** on Behalf of Themselves and All Others Similarly and Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**CENTURYLINK COMMUNICATIONS, LLC,**<br><br>Defendant. | Case no.: 1:15-cv-0085-BMM |

## FINAL JUDGMENT AND ORDER APPROVING SUPPLEMENTAL SETTLEMENT AND DISMISSING ACTION WITH PREJUDICE

After having fully and carefully reviewed the Parties' Supplemental Settlement Agreement Addendum, the Court hereby ENTERS FINAL JUDGMENT and ORDERS that:

1. The Supplemental Settlement Agreement Addendum is APPROVED as a fair, equitable, and reasonable resolution of a *bona fide* dispute on the claims and FLSA provisions at issue in this contested litigation, and is incorporated herein by this reference and made a part hereof as though set forth in full.

2. The allocation of settlement payments set forth in the Supplemental Settlement Agreement Addendum is APPROVED as a fair, equitable, and reasonable measure for distributing the settlement payment to the identified Class Members;

3. All individuals who are listed in the Supplemental Settlement Agreement Addendum as of the date of entry of this Order are hereby deemed to fully and unconditionally

waive and release any and all Released Claims (as that term is defined in the Settlement Agreement) against any and all Released Parties (as that term is defined in the Settlement Agreement), as more fully set forth in the Settlement Agreement.

4. The attorneys' fees representing Twenty-Five Percent (25%) of the supplemental settlement fund as set forth in the Supplemental Settlement Agreement Addendum, are APPROVED; and Defendant is hereby ORDERED to pay in accordance with and subject to the terms of the Settlement Agreement and the Supplemental Settlement Agreement Addendum.

Accordingly, this Court enters JUDGMENT in accordance with this Order and in accordance with the terms of the Settlement Agreement and Supplemental Settlement Agreement Addendum. This case is DISMISSED WITH PREJUDICE, with all costs borne in accordance with the Settlement and Supplemental Settlement Agreement Addendum, and with the Court retaining continuing jurisdiction as set forth herein.

DATED this 13th day of November, 2017.

_____
Brian Morris
United States District Court Judge